IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Criminal Action No.
                                              23-00213-01-CR-W-DGK

KENNETH D. FENNER,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One -  Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

                                  Count Two -  Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)

                                  Count Three -  Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Robert Smith
            Case Agent:   FBI Special Agent Rhonda Schell
       Defense:     Jane Francis


**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:   6-8 with or without stipulations
        Defense: 4 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government: 50 exhibits
        Defense: 12 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
  ( ) Definitely for trial    (  ) Possibly for trial
  ( x ) Motion to continue to be filed  ( ) Likely a plea will be worked out

**TRIAL TIME**: **3 days**
  Government's case including jury selection: 2 ½ days
  Defense case: ½ day

**STIPULATIONS**:
  ( ) not likely
  ( ) not appropriate
  ( x ) likely as to:
    ( ) chain of custody
    ( x ) chemist's reports
    ( x ) prior felony conviction
    ( x ) interstate nexus of firearm
    ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

 **Witness and Exhibit Lists**:
 Government: March 4, 2024
 Defense: March 4, 2024
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

 **Exhibit Index, Voir Dire, Jury Instructions**: March 4, 2024
 **Jury instructions must comply with Local Rule 51.1**

 **Motions in Limine**: March 4, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing March 18, 2024
 **Please note**: *Counsel do not have any conflicting settings on the March trial docket.*

**OTHER**:
  ( ) A _____-speaking interpreter is required.
  ( ) Other assistive devices: _____

 **IT IS SO ORDERED.**

                */s/ Jill A. Morris*
                JILL A. MORRIS
                United States Magistrate Judge