IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

           Plaintiff,

-vs-                                        Criminal Action No.
                                        23-00213-01-CR-W-DGK

KENNETH D. FENNER,

           Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

                            Count Two    Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)

                            Count Three    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
      Government: Robert Smith
           Case Agent:    To be determined
      Defense:      Jane Francis

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**:    Defendant plans to file a motion in limine

**TRIAL WITNESSES**:
      Government:   5-7 with stipulations; 10 without stipulations
      Defense:   2 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
      Government:   < 50 exhibits
      Defense:   no additional exhibits

**DEFENSES**:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial                ( x ) Possibly for trial
        (   ) Motion to continue to be filed      (   ) Likely a plea will be worked out

**TRIAL TIME**:   **2 ½ days**
        Government's case including jury selection:   2 days
        Defense case:   ½ day

**STIPULATIONS**:
        (  )    not likely
        (  )    not appropriate
        (  )    likely as to:
                (  )    chain of custody
                ( x )    chemist's reports
                (  )    prior felony conviction
                ( x )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

        **Witness and Exhibit Lists**:
        Government:   June 24, 2024
        Defense:   June 24, 2024
        **Counsel are requested to list witnesses in alphabetical order on their witness list.**

        **Exhibit Index, Voir Dire, Jury Instructions**:   June 24, 2024
        **Jury instructions must comply with Local Rule 51.1**

        **Motions in Limine**:   June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing July 8, 2024
        **Please note**:  *Defendant requests the first week of the docket, as counsel has two hearings scheduled in the District of Kansas during the second week: a motion hearing in a multi-defendant case on July 16, 2024; and a status conference in a single-defendant case scheduled for July 18, 2024.*

**OTHER**:
        (  )   A _____-speaking interpreter is required.
        (  )   Other assistive devices:  _____

        **IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge