IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                     Criminal Action No.
                                                        23-00213-01-CR-W-DGK

KENNETH D. FENNER,

        Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

                                      Count Two    Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)

                                        Count Three   Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Robert Smith
           Case Agent:    FBI Special Agent Alex Menzel
        Defense:      Jonathan Truesdale

**OUTSTANDING MOTIONS**:   Defendant's Motion in Limine to Exclude Informant Testimony (Doc. 47), filed June 24, 2024, is currently pending.

**ANTICIPATED MOTIONS**:    None

**TRIAL WITNESSES**:
        Government:   5-7 with stipulations; 10 without stipulations
        Defense: 2 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government: < 50 exhibits
        Defense: no additional exhibits

**DEFENSES**:
      ( x )    defense of general denial

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial           (  ) Possibly for trial
      ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 ½ days**
      Government's case including jury selection:   2 days
      Defense case:   ½ day

**STIPULATIONS**:
      (  )    not likely
      (  )    not appropriate
      ( x )    will be discussed as to:
            (  )    chain of custody
            ( x )    chemist's reports
            (  )    prior felony conviction
            ( x )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: Monday, June 23, 2025
    Defense: Monday, June 23, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: Monday, June 23, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: Monday, June 23, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing July 7, 2025
    **Please note**:   *No conflicting settings with the July 2025 trial docket were identified.*

**OTHER**:
      (  )    A _____-speaking interpreter is required.
      (  )    Other assistive devices: _____

      **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge