IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                              Criminal Action No.
                                                 23-00213-01-CR-W-DGK

KENNETH D. FENNER,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

                                    Count Two    Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)

                                    Count Three  Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Robert Smith
        Case Agent:    To be determined
        Defense:      Jonathan Truesdale

**OUTSTANDING MOTIONS**:    Defendant's Motion in Limine to Exclude Informant Testimony (Doc. 47), filed June 24, 2024, is currently pending.

**ANTICIPATED MOTIONS**:    The parties anticipate filing standard motions in limine.

**TRIAL WITNESSES**:
        Government: approximately 5 with stipulations; less than 10 without stipulations
        Defense: 1 additional witness, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government:   50 exhibits
        Defense:      no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                 ( x ) Possibly for trial
    (  ) Motion to continue to be filed   (  ) Likely a plea will be worked out

**TRIAL TIME**: **3 days**
    Government's case including jury selection: 2 days
    Defense case: 1 day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
           (  )    chain of custody
           (  )    chemist's reports
           ( x )    prior felony conviction
           (  )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: October 6, 2025
Defense: Monday, October 6, 2025
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: October 6, 2025
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: October 6, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing October 20, 2025
    **Please note**: *No conflicts were identified.*

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                    */s/ Jill A. Morris*
                                    JILL A. MORRIS
                                    United States Magistrate Judge